**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 374 MAL 2022

            Respondent               :

                                       :   Petition for Allowance of Appeal
                                       :   from the Order of the Superior Court

            v.                          :

                                       :

RASHAWN J. WILLIAMS,               :

                 Petitioner               :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 7th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.